**Otis DAY, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28676.

Court of Criminal Appeals of Texas.

Dec. 12, 1956.

No attorney for appellant of record on appeal.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction, on a plea of guilty before the court, is for the offense of unlawfully possessing intoxicating liquor in a dry area for the purpose of sale; the punishment, 10 days in jail and a fine of $300.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.